AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) Case No.: 20-mj-66 |
| | ) Assigned to: Judge Deborah A. Robinson |
| | ) Assign Date: 4/23/2020 |
| | ) Descrtiption: Amended Criminal Complaint w/Arrest Warrant |
| *Defendant(s)* | ) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

*Code Section*                                    *Offense Description*

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*